Petition for Writ of Mandamus Denied and Memorandum Opinion filed
January 29, 2004









 

Petition for Writ of Mandamus Denied and Memorandum
Opinion filed January 29, 2004.

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01422-CV

____________

 

IN RE ASHISH C. PATEL, M.D., Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On December 29, 2003, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2003); see
also Tex. R. App. P. 52.  

Relator has failed to show that he is
entitled to mandamus relief.  We deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

 

Petition Denied
and Memorandum Opinion filed January 29, 2004.

Panel consists of
Justice Edelman, Frost, and Guzman.